UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 24-cr-166-01 |
| -vs- | JUDGE DRELL |
| TERRENCE TAYLOR SR (01) | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 135), and after independent (*de novo*) review of the record including the objection filed herein (Doc. 136), and having determined that the findings and recommendation are correct under the applicable law, it is

**ORDERED** that the Motion to Suppress (Doc. 111) is **DENIED**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this ____ day of August 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT